In the Matter of the Application of the PENNSYLVANIA RAILROAD COMPANY, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and WILLIAM A. PRENDERGAST and Others, as Public Service Commissioners of the State of New York and as the Sole Members of Said Commission, Defendants.*— Determination confirmed, with fifty dollars costs and disbursements. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hasbrouck, J., not voting.

CLARENCE M. SAXTON, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hasbrouck, J., dissents and votes for reversal and a new trial.